# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                    Crim. No. 5:21-CR-235-1FL

**CHAD HUNT**

On December 16, 2021, the above-named subject was sentenced to two years of probation for Identity Theft with Intent to Defraud the United States, in violation of 18 U.S.C. § 1028 (a)(4). On June 1, 2023, the defendant passed away as a result of a car crash. It is accordingly recommended that all proceedings in this case be terminated.

Reviewed and approved,

/s/ Keith W. Lawrence  
Keith W. Lawrence  
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Daniel J. Heimrich  
Daniel J. Heimrich  
U.S. Probation Officer  
150 Rowan Street Suite 110  
Fayetteville, NC 28301  
Phone: 910-354-2531  
Executed On: June 6, 2023

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___7___ day of ___June___, 2023.

Robert B. Jones, Jr.  
United States Magistrate Judge